**Opinion issued March 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00376-CV

———————————

## SILVER GRYPHON, L.L.C., Appellant

## V.

## THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, Appellee

---

### On Appeal from the 165th District Court
### Harris County, Texas
### Trial Court Case No. 2016-84076

---

## MEMORANDUM OPINION

The parties have filed a joint motion to set aside the trial court's judgment

signed on February 17, 2022, without regard to the merits and remand the case to

the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We grant the motion. Accordingly, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id*. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.